(Reap. Dec. 10392)

GUGGENHEIM TRADING CORPORATION v. UNITED STATES

Entry No. 736148.

(Decided December 10, 1962)

*Brooks & Brooks* for the plaintiff.

*Joseph D. Guilfoyle*, Acting Assistant Attorney General, for the defendant.

WILSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties hereto, that the merchandise covered by the above mentioned appeal for reappraisement consists of certain wool fabrics imported from France, and that the said merchandise was appraised on an Export Value, as defined

under the provisions of Section 402(b) of the Tariff Act of 1930, as amended, at invoice unit values less 3% plus cost of packing of $20.00.

IT IS FURTHER STIPULATED AND AGREED that the correct Export Value for the wool fabrics specified hereunder is the invoice unit value less 3% less 20% plus pro-rated cost of packing of $20.00.

| Piece No. | Yards |
|---|---|
| 57899 | 61–7 |
| 57902 | 55 |
| 57906 | 56–6 |

IT IS FURTHER STIPULATED AND AGREED that the correct Export Value for all other merchandise listed on the invoice is the invoice unit value less 3% plus pro-rated cost of packing of $20.00.

On the agreed facts, I find export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended, to be the proper basis for the determination of the value of the merchandise here involved and that such value for the wool fabrics specified hereunder is the invoice unit value, less 3 per centum, less 20 per centum, plus prorated cost of packing of $20, namely:

| Piece No. | Yards |
|---|---|
| 57899 | 61–7 |
| 57902 | 55 |
| 57906 | 56–6 |

I further find that the correct export value for all other merchandise listed on the invoice is the invoice unit value, less 3 per centum, plus prorated cost of packing of $20.

Judgment will be entered accordingly.